STATE v. LUNDY

No. 498P99

Case below: 135 N.C.App. 13

Motion by the Attorney General to dismiss appeal by defendant (Lundy) for lack of substantial constitutional question allowed 3 February 2000. Petition by defendant (Lundy) for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000. Motion by the Attorney General to dismiss appeal by defendant (Evans) for lack of

substantial constitutional question allowed 3 February 2000. Petition by defendant (Evans) for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000.